PEOPLE v. DURHAM

Appeal from Recorder's Court of Detroit, Samuel
H. Olsen, J.  Submitted Division 1 May 5, 1970, at
Lansing.  (Docket No. 8,490.)  Decided June 3, 1970.

Carroll Durham was convicted, on his plea of
guilty, of attempted sale of a narcotic drug.  Defend-
ant appeals.  People's motion to affirm granted.

*Frank J. Kelley,* Attorney General, *Robert A.
Derengoski,* Solicitor General, *William L. Cahalan,*
Prosecuting Attorney, *Dominick R. Carnovale,*
Chief, Appellate Department, and *Arthur N. Bishop,*
Assistant Prosecuting Attorney, for the people.

*Armand D. Bove,* for defendant on appeal.

Before: QUINN, P. J., and McGREGOR and BRON-
SON, JJ.

PER CURIAM.  By his plea of guilty, defendant was
convicted of attempted sale of a narcotic drug in
violation of MCLA § 335.152 (Stat Ann 1957 Rev
§ 18.1122) and MCLA § 750.92 (Stat Ann 1962 Rev
§ 28.287).  He appealed as of right.  The people have
filed a motion to affirm the conviction.  GCR 1963,
817.5(3).

On appeal, defendant contends that the lower court
failed to examine him sufficiently to establish the

crime and his participation therein.  See *People* v.
*Barrows* (1959), 358 Mich 267, 272 and *People* v.
*Perine* (1967), 7 Mich App 292.

Our review of the record satisfies us that the
court's examination of defendant was sufficient.

Motion to affirm is granted.